IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sarah Heggen Lewis, Emily Heggen, and Marn Heggen, on behalf of themselves and a class of similarly situated persons,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>XTO Energy Inc. and XTO Holdings, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-125 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

[¶1]　　THIS MATTER comes before the Court on a Stipulation for Dismissal without Prejudice filed by the Parties on July 7, 2021. Doc. No. 21. The Parties stipulate to dismiss all claims without prejudice. Id. The parties further stipulate to bear their own costs and fees. Id.

[¶2]　　Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that all claims against the Defendant are **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees.

[¶3]　　**IT IS SO ORDERED**.

　　DATED July 8, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Daniel M. Traynor, District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court